UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PA

Chapter: 13
Case No: 1303101

In re: JAMES C HARDING
SAMANTHA F. HARDING

Account Number: 4497

## WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Portfolio Recovery Associates, LLC by PRA Receivables Management, LLC agent. Pursuant to the Federal Rule of Bankruptcy Procedure 3006, withdraws its proof(s) of claim 15 filed on or about 10/16/2013 in the amount of $1,976.98 .

On this 10/9/2017.


By: /s/ Joanna M Graef
Joanna M Graef, Bankruptcy Representative
PRA Receivables Management, LLC.
POB 41067
Norfolk, VA 23541
E-mail: Bankruptcy_Info@portfoliorecovery.com