IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JAMES C HARDING | : | |
| aka James Charles Harding; fdba | : | CASE NO. 1:13-bk-03101 |
| Harding's Moving Services | : | |
| SAMANTHA F HARDING | : | |
| aka Sam Faye Hemshrodt | : | |
| Debtors | | |

## MOTION FOR ENTRY OF DISCHARGE ORDER AND REQUEST FOR EXPEDITED CONSIDERATION

COME NOW the Debtors, by and through attorney Dorothy L. Mott, Esquire, and request the following relief, respectfully stating in support thereof:

1. The Debtors filed the above-captioned Chapter 13 Bankruptcy case on 6/12/2013

2. The Debtors have made all payments required to be paid under the plan.

3. The Debtors require a discharge on an expedited basis because they are buying a home and are scheduled for settlement on Friday, June 1, 2018.

WHEREFORE, Debtors respectfully request that this Court enter the discharge order and grant such other relief as this Court deems just.

Respectfully submitted,

/s/ Dorothy L. Mott

_____
Dorothy L. Mott, Esquire
125 State Street
Harrisburg, PA 17101
(717)232–6650

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JAMES C HARDING | : | |
| AKA JAMES CHARLES HARDING; | : | CASE NO. 1:13-bk-03101 |
| FDBA HARDING'S MOVING | : | |
| SERVICES | : | |
| SAMANTHA F HARDING | : | |
| AKA SAM FAYE HEMSHRODT | | |
|   Debtor(s) | | |

**O R D E R**

UPON CONSIDERATION of the Motion For Entry of Discharge Order, it is hereby ORDERED AND DECREED that the relief requested in the motion is granted and the Clerk's office is directed to prepare the Discharge Order to be signed by the Court.