UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:
    JAMES C. HARDING                            Case No.: 1-13-03101-HWV
    SAMANTHA F. HARDING                      Chapter 13
          Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

| **PART 1:** | **MORTGAGE INFORMATION** |
|---|---|
| Creditor Name: | JPMORGAN CHASE BANK, NA |
| Court Claim Number: | 09 |
| Last Four of Loan Number: | 3096 |
| Property Address if applicable: | 3346 INTERCHANGE DRIVE, CHAMBERSBURG, PA  17202 |

**PART 2:**                    **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $1792.38 |
| b. | Prepetition arrearages paid by the Trustee: | $1792.38 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $1,792.38 |

**PART 3:**                    **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment:  $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding:  UNKNOWN

**PART 4:**           **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

  To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: July 18, 2018                                Respectfully submitted,

s/ Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

Re:

    JAMES C. HARDING                                             Case No.: 1-13-03101-HWV
    SAMANTHA F. HARDING                             Chapter 13
            Debtor(s)

# CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Notice of Final Cure by First Class Mail, unless served electronically, at the below address on July 18, 2018.

JAMES C. HARDING
SAMANTHA F. HARDING
7408 LINCOLN WAY EAST
FAYETTEVILLE, PA  17222


CHASE HOME FINANCE LLC
ATTN:  OH4-7302
3415 VISION DRIVE
COLUMBUS, OH,  43219


DOROTHY L MOTT LAW OFFICE, LLC
D/B/A MOTT & GENDRON LAW
125 STATE STREET
HARRISBURG PA,  17101-


Date: July 18, 2018                                                 s/   Donna Schott
                                                                     Charles J. DeHart, III, Trustee
                                                                     Standing Chapter 13 Trustee
                                                                     Suite A, 8125 Adams Drive
                                                                     Hummelstown, PA  17036
                                                                     Phone:  (717) 566-6097
                                                                     Fax:  (717) 566-8313
                                                                     eMail:  dehartstaff@pamd13trustee.com