```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                          Case No. 13-03101-HWV
James C Harding                                                 Chapter 13
Samantha F. Harding
        Debtors                 CERTIFICATE OF NOTICE
District/off: 0314-1           User: MMchugh              Page 1 of 1            Date Rcvd: Sep 12, 2018
                               Form ID: fnldec            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2018.
db/jdb        +James C Harding,   Samantha F. Harding,   7408 Lincoln Way East,   Fayetteville, PA 17222-9539

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Dorothy L Mott    on behalf of Debtor 2 Samantha F. Harding DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              Dorothy L Mott    on behalf of Debtor 1 James C Harding DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              Joshua I Goldman    on behalf of Creditor    JP MORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kara Katherine Gendron    on behalf of Debtor 2 Samantha F. Harding karagendronecf@gmail.com,
               doriemott@aol.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              Kara Katherine Gendron    on behalf of Debtor 1 James C Harding karagendronecf@gmail.com,
               doriemott@aol.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              Thomas I Puleo    on behalf of Creditor    JP MORGAN CHASE BANK, NATIONAL ASSOCIATION
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| James C Harding,<br>aka James Charles Harding, fdba Harding's Moving Services,<br>**Debtor 1** | Chapter 13<br><br>Case No. 1:13−bk−03101−HWV |
| Samantha F. Harding,<br>aka Sam Faye Hemshrodt,<br>**Debtor 2** | |

Social Security No.:
          xxx−xx−2354        xxx−xx−4535

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: September 12, 2018

By the Court,

*Henry W. Van Eck* (signature)

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: MMchugh, Deputy Clerk

**fnldec** (05/18)